[No. 21903–1–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY J. CAMARILLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–01088–2, Richard M. Ishikawa, J., entered February 12, 1988. *Reversed* by unpublished per curiam opinion.

[No. 22093–4–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK CHARLES NOLAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04404–8, Edward Heavey, J., entered March 16, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21685–6–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY BRIAN LUDWIG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–04032–1, Sharon S. Armstrong, J., entered December 22, 1987. *Reversed* by unpublished per curiam opinion.

[No. 20851–9–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK J. SULLIVAN, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02632–7, Norman W. Quinn, J., entered July 22, 1987. *Reversed* by unpublished per curiam opinion.